***The Law Office of Gregory Zenon***
*30 Wall Street, 8th Floor, New York, NY  10005*
***www.zenonatlaw.com***
*Tel: 212.380.8582*
*Fax: 440.794.6686*          *zenonlaw@yahoo.com*


                                                          23 AUGUST 2022

**BY ECF**
The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

              Re:    <u>Robert Cruz v. City of New York, et al.</u>, 21-CV-03367 (FB)(LB)

Your Honor:

        I am Plaintiff's Counsel in the above-referenced matter and submit this letter to provide a status update and request a continued stay of this action pending the resolution of plaintiff's underling criminal proceeding. While I have yet to hear back from opposing counsel regarding the drafting of this letter, in all communications we have had, he has agreed and consented that the matter be so stayed, as also indicated in prior requests.
        As of this writing, plaintiff's underlying criminal proceeding is in motion practice. The parties have made arguments and submitted all papers and currently await the Court's decision and the setting of future scheduling thereafter.

        Thank you for your consideration of this request.



                              Sincerely,

                              /s/
                              GREGORY W. ZENON
                              30 Wall Street, 8th Floor, New York, NY  10005
                              212.380.8582
                              fax: 440.794.6686
                              zenonlaw@yahoo.com



cc:    Attorney Richard Bahrenburg, Senior Counsel
       Special Federal Litigation Division
       New York City Law Department
       *Attorneys for Defendant*
       (via ECF)